

**ORDERED in the Southern District of Florida on December 13, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>**LUZ MARY VALDES,**<br>               Debtor. | BK CASE NO. 16-26255-LMI<br>CHAPTER 7 |

### ORDER GRANTING UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC's AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY
**(Docket Number 63)**

This case is before the Court upon the Motion for Relief from Stay [Docket #63] filed by Creditor, Universal American Mortgage Company, LLC. ("Creditor"). No party filed an objection within the proscribed time period, so the Court considers the matter unopposed. It is

ORDERED:

1. The Motion for Relief from Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is vacated as to the Movant's enforcement of its mortgage on or security interest in the following property:

**LOT 13, IN BLOCK 1, OF CAPRI AT OASIS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 165, PAGE 74, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

24211.22282.24

## A/K/A 150 NE 26TH DRIVE, HOMESTEAD, FLORIDA

3. This order is entered for the sole purpose of allowing the Movant to obtain *in rem* relief against the property and Movant shall not seek *in personam* relief against the Debtors provided they receive a discharge in bankruptcy.

4. The Trustee retains the Estate's interest in the property. Movant shall notify the Trustee should there be any surplus funds from the foreclosure sale, or incentive funds in lieu of foreclosure or as a result of a short sale.

###

Order Submitted by:
Allison D. Thompson
The Solomon Law Group
1881 West Kennedy Blvd.
Tampa, Florida 33606-1611


Attorney Allison D. Thompson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

24211.22282.24

2