**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on December 20, 2018

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 16–26255–LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luz Mary Valdes
150 NE 26 Drive
Homestead, FL 33033

SSN: xxx–xx–3686

## FINAL DECREE

The trustee, Maria Yip, having filed a final report that the estate has been fully administered, is discharged and the case is closed.